UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL BERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV776 HEA |
| ) | |
| COX BAIL BONDS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that a hearing on the Motion for Leave to Withdraw as Counsel [Dco. #37] is set for Wednesday, June 23, 2010, at 11:00 a.m. in the courtroom of the undersigned.

**IT IS FURTHER ORDERED** that Plaintiff's Pro Se Motion to Request Contempt of Court Hearing and other Judicial Relief [Doc. #36] is also set for Wednesday, June 23, 2010, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 16th day of June, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE