UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL BERRY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 4:08CV776 HEA |
| COX BAIL BONDS, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the Order setting this matter for trial [Doc. #66] be resent to plaintiff at the last known address the Court has for plaintiff.

**IT IS FURTHER ORDERED** that if the Order is returned to the Court as undeliverable as it was previously (see Doc. #67], and plaintiff fails to contact the Court to notify the Court of his address and phone number on or before the trial setting of February 27, 2012, this matter will be dismissed without prejudice.

Dated this 7th day of December 2011.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE